

LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL:  734-1520

Attorney for Defendant
VIRGINIA M. ROSAS GUERRERO

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2006

at ____ o'clock and ____ min. ____
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248JMS-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VIRGINIA M. ROSAS GUERRERO | ) | |
| | ) | DEFENDANT VIRGINIA M. ROSAS |
| Defendant. | ) | GUERRERO'S SENTENCING STATEMENT; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |

## DEFENDANT VIRGINIA M. ROSAS GUERRERO'S SENTENCING STATEMENT

COMES NOW Defendant VIRGINIA M. ROSAS GUERRERO, by and
through his/her counsel, Louis Michael Ching, Esq., and objects
to only the following:

1.  Page 4, Paragraph 6.  "San Diego" should be changed to "Los
    Angeles".

DATED:  Honolulu, Hawaii, January 29, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
VIRGINIA M. ROSAS GUERRERO


CERTIFICATE OF SERVICE
_____

I HEREBY CERTIFY that the foregoing motion was duly
served upon the below listed individuals at their last known
addresses or official court jacket(s) either by hand delivery
or by pre-paid postage deposited in the United States Postal
Mail on the ABOVE STAMPED-FILED DATE.

TO:  MARK INCIONG, ESQ.
     Assistant United States Attorney
     Room 6100, PJKK Federal Bldg.
     300 Ala Moana Blvd., Box 50183
     Honolulu, Hawaii 96850

     Attorney for Plaintiff
     United States of America

     ROY T. KAWAMOTO
     Probation Officer
     300 Ala Moana Blvd.
     Box 50111, Rm. C-126
     Honolulu, Hawaii  96850

        DATED:  Honolulu, Hawaii, January 29, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
- 2 -