LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: 734-1520

Attorney for Defendant
VIRGINIA M. ROSAS GUERRERO

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248JMS-01 |
| Plaintiff, | ) | |
| vs. | ) | |
| VIRGINIA M. ROSAS GUERRERO, | ) | Sent. Date: 02-27-03 @ 1:30 pm. |
| Defendant. | ) | Judge: Honorable J. Michael Seabright |
| | ) | DEFENDANT VIRGINIA ROSAS GUERRERO'S LETTERS IN SUPPORT; EXHIBITS "A-H"; CERTIFICATE OF SERVICE |

DEFENDANT VIRGINIA ROSAS GUERRERO'S LETTERS IN SUPPORT
_____

The Defendant VIRGINIA M. ROSAS GUERRERO, by and through her counsel, Louis Michael Ching, Esq., hereby submits the following letters in support at her sentence in the above-

[CERTIFICATE OF SERVICE]

captioned matter, to wit, Exhibits "A-H."

DATED: Honolulu, Hawaii, February 05, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
VIRGINIA M. ROSAS GUERRERO

- 2 -