CHING LOUIS MICHAEL                                01/04/06

Como esta espero y bien le mando esta carta para ver si me puede ayudar con el juez y sea poco tiempo el que valla estar aqui. Se que tiene mucho trabajo. Pero ayudeme por favor se que estaba haciendo mal y me arrepiento de todo, le doy muchas gracias de antemano por todo lo que esta haciendo por mi que Dios lo bendiga.


Rosas Guerrero Virginia Mercedes.


Mi familia tambien le va a mandar cartas de recomendacion ojaca y eso me ayude. Y vea que no soy mala persona sino que eran muchos mis problemas que me orillaron a hacer esto.

"A"

CHING, LOUIS MICHAEL                              01/04/06

How are you? I hope that you are alright, and I am sending you this letter to see if it may help me with the Judge, in order to get a reduction of my time here. I know that you are very busy, but please help me. I am very sorry, I thank you in advance for what you are doing for me.

GOD BLESS you.


        ROSAS GUERRERO       VIRGINIA MERCEDES

My family will also send letters on my behalf. I hope that these letters will help and that they will realize that I am not a bad person, just that my problems were so great that made me do what I did.