Sr Juez

Mi nombre es Virginia Mercedes Rosas Guerrero, y estoy en el centro de detención federal, aqui en Honolulu, soy mexicana y se que lo que hice estuvo mal y estoy muy arrepentida y esta carta es para pedirle perdón por todo el daño que hice. Yo no sabia que fuera tanto el problema en el que estaba, y que por lo que yo hice estaba afectado a terceras personas, esto nunca lo habia hecho y fueron muchos mis problemas los que me orillaron a hacerlo. Se que fue un error muy grave y ya aprendi a no volverlo hacer, prefiero ser pobre pero honrada. Le pido que sea venevolo y que considere que es mi primera y unica ofensa y no pienso volverlo hacer. Que dios lo bendiga.

Rosas Guerrero Virginia Mercedes

"B"

Your Honor:

My name is Virginia Mercedes Rosas Guerrero and I am at the Federal Detention Center here in Honolulu. I am Mexican and I know what I did was wrong and I am very sorry.

This letter is to ask you for your forgiveness for all the harm that I caused. I did not know that the problem in which I was involved was so big and that I was affecting other people.

I had never done this before and my problems were great, and forced me to do what I did. I know it was a serious mistake and I have learned not to do it again, I prefer to be poor but honest.

I ask you to be lenient and to consider that this is my first and only offense. I will never do it again.

God Bless you.

                    ROSAS GUERRERO     VIRGINIA MERCEDES