Hello My Name is Andrew Torres and I'm the Fiance of Virginia Rosas Guerrero. I have know Virginia for 2 years and I fell In love with her because she is an Inteligent, kind, hardworking person that dedicates herself to her family. She has never had any enimies, just friends. Since Ive know her she has worked in Real Estate in Baja California Mexico. This is a woman that dedicates herself to her family. ~~For enimies~~. She lives a block from her sister so she is able to care for her sisters children like they were her own, in which her sister heavily relies upon since she is working most of the day.

"C"