MEDICO VETERINARIO IVONNE ROSAS GUERRERO.

A QUIEN CORRESPONDA:

POR MEDIO DE LA PRESENTE HAGO CONSTAR QUE LA CIUDADANA VIRGINIA MERCEDES ROSAS GUERRERO LA CONOSCO DESDE HACE 30 AÑOS, EL CUAL LA CONSIDERO UNA PERSONA SANA, SINCERA, EDUCADA ELLA REALIZO SUS ESTUDIOS EN LA UNIVERSIDAD AUTONOMA DE SINALOA EN LA LIBRE DE DERECHO, ELABORO EN LA VETERINARIA "MI RANCHO", COMO ENCARGADA GENERAL DURANTE 1 AÑO.



"D"

Dr. Ivonne Rosas Guerrero

To whom it concerns:

I've known Virginia Mercedez Rosas Guerrero for 30 years a: a sane, sincere, educated. She studied in the university Autonoma of Sinaloa in the career of Law. She helped as a Veterenarian at My Rancho as Manager for a year.