Faviola Eliza Rosas Guerrero.

Soy hermana de C. Virginia Mercedes Rosas Guerrero la conosco desde hace mucho tiempo es muy cariñosa, amable servicial y cooperativa.

En la casa ayuda a quien se lo solicito es una hermana cariñosa con sus sobrinos, es muy trabajadora desde niña le justa trabajar ayudando en la casa a mi papá tomando fotos cuando el no podía, no tiene problemas con ninguna persona al contrario ayuda.

Con mucho cariño deseandote lo mejor tu hermana q' te estima faviola.

Faviola E. Rosas Guerrero

"E"

Translation

Faviola Eliza Rosas Guerrero

I'm the sister of Virginia Mercedes Rosas Guerrero. I have known her for a long time and she is a person that has always been very friendly, kind, attentive and cooperative.

At the house she helps whom ever is in need and she is a very friendly sister to her cousins. ~~She has been a very hard worker since she was young she tries to help~~. Ever since she was young she liked to work and help my dad around the house, and help him with his photography when he could no longer. She has no problems with other people, on the contrary she helps.

With all the love I wish you the best your

Sister Faviola