Translation

Victor Hugo Rosas Guerrero

I'm the brother of Virginia Mercedes Rosas Guerrero. I have know her for 25 years since she has left the city of Culiacan because they offered her a job as an associate to a Bus line. For her qualifications they transfered her to the city of Baja California, were she had an oportunity to work with a developer were she cold real estate.

"F"

Victor Hugo Rosas Guerrero.

Soy hermano de la C. Virginia Mercedes Rosas Guerrero. Tengo 25 años de conocerla desde que salio de la ciudad de Culiacan porque le ofrecieron una oportunidad de trabajo de asistente de una linia de autobuses, por sus aptitudes la trascadaron a la ciudad de Baja California Norte, donde tubo otra oportunidad de trabajar en una costructora donde se desempreñaba vendiendo casas.

ATTE. Victor Hugo Rosas Guerrero