Soy Blanca Esthela Rosas Guerrero hermana de Virginia Mercedes Rosas Guerrero tengo aproximadamente 21 años que la conosco, el tiempo que estuvo aqui en culiacán no tuvo problemas con ninguna persona.

Es servicial con las personas que son allegadas a ella, trabajadora y siempre dispuesta a ayudar a los demás.

"G"

Translation

I'm Blanca Esthela Rosas Guerrero, the sister of Virginia Mercedes Rosas Guerrero. I have known her for 21 years and she has never had a problem with anyone. She has always been atentive to others, she is a hard worker and she is always willing to help others.