OBOGADO LOUIS MICHAEL CHING,

Lic. yo soy hermana de Virginia Mescedes Rosas Guerrero mi nombre es Marlene Rosas Guerrero, mi hermana Virginia es una persona bueno que le gusta ayudar a mi familia y a todos los que le pidan es una persona trabajadora, hoy en estos momentos se que esta arrepentida del error que cométio ojala que saliera de ese lugar aquí es una persona trabajadora tiene mucha gente que la quiere y la extraña en especial yo que es mi hermanita un error lo comete cualquiera yo me comprometo que nunca ara esas cosas, nosotros tenemos a mi madre enferma que no esta enterada de este problema porque sería muy impactante para ella, mi hermana Virginia es una persona buena le pido su ayuda para que salga de ese lugar cada día es de angustia por saber si se encuentra bien le pido a Dios cada día por su libertad yo se que usted es de buen corazón y nos va ayudar en este problema si pudiera dar mi vida la daba con todo corazón lo unico que quiero es verla aquí de nuevo todos estos meses han parecido años y cada día en meses le ruego por lo que más quiero que la ayude por mi mamá que es una persona muy especial para mi hermana Vicky y para mí, no se de que manera más pedirle que mi hermana es buena en todos los sentidos ayulela por amor a Dios gracias se lo voy agradecer toda la vida.

"H"