CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was duly
served upon the below listed individuals at their last known
addresses or official court jacket(s) either by hand delivery
or by pre-paid postage deposited in the United States Postal
Mail on the ABOVE STAMPED-FILED DATE.


TO:   MARK INCIONG, ESQ.
      Assistant United States Attorney
      Room 6100, PJKK Federal Bldg.
      300 Ala Moana Blvd., Box 50183
      Honolulu, Hawaii 96850

      Attorney for Plaintiff
      United States of America


      ROY T. KAWAMOTO
      Probation Officer
      300 Ala Moana Blvd.
      Box 50111, Rm. C-126
      Honolulu, Hawaii  96850


          DATED:  Honolulu, Hawaii, February 5, 2006.



          _____
          LOUIS MICHAEL CHING 4209
          Attorney for Defendant


- 2 -