# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00248JMS-01 |
| CASE NAME: | United States of America vs. Virginia M. Rosas Guerrero |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Louis Michael Ching |
| INTERPRETER: | Marcella Alohalani Boido |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 2/27/2006 | TIME: | 1:40 - 1:55 |

COURT ACTION: Sentencing to Count 1 of the First Superseding Indictment:

Defendant present in custody with counsel Louis Michael Ching.

Memorandum of Plea Agreement accepted.

Sentencing continued to Tuesday, February 28, 2006 at 9:30 a.m.

Submitted by: Dottie Miwa, Courtroom Manager