IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-01 JMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | REDUCTION OF SENTENCE |
| vs. | ) | PURSUANT TO FEDERAL RULE |
| | ) | OF CRIMINAL PROCEDURE 35(b) |
| VIRGINIA MERCEDES ROSAS GUERRERO, (01) | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

On January 23, 2007 and March 27, 2007, the United States filed motions seeking an order from this court reducing the sentence of defendant Virginia Mercedes Rosas Guerrero ("Defendant") pursuant to Federal Rule of Criminal Procedure 35(b).

Rule 35(b)(1) provides:

> Upon the government's motion made within one year of sentencing, the court may reduce a sentence if: (A) the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person; and (B) reducing the sentence accords with the Sentencing Commission's guidelines and policy statements.

Defendant was sentenced by this court on February 28, 2006 to 42 months of incarceration. The government's motions demonstrate that after her sentencing date, but within one year of that date, defendant provided substantial assistance in the investigation and prosecution of other unindicted and indicted individuals. After her sentencing date, defendant testified before the grand jury describing her involvement in a heroin trafficking drug ring; testified as a government witness in the trial of co-defendant Kevin Cash; and testified at the sentencing hearing of co-defendant Robert Sigouin.

Based on the representations made by the United States, the court GRANTS the government's motion, and hereby orders that defendant's original sentence of 42 months imprisonment be reduced by 18 months to a new sentence of 24 months imprisonment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 29, 2007.



J. Michael Seabright
United States District Judge

*United States v. Guerrero*, Criminal No. 05-00248-01 JMS; Order Granting Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b)